

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00263-CV

Kimberly **BROOKS**,
Appellant

v.

Shawn **BROOKS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17320
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Shawn Brooks, recover his costs of this appeal from appellant, Kimberly Brooks.

SIGNED May 7, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice